UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: CONVERGEONE HOLDINGS, INC.
   *Debtor*

Case Number: 4:24−cv−02001
SDTX Bankruptcy 24bk90194

Ad Hoc Group of Excluded Lenders
   *Appellant*

## NOTICE OF RESETTING

**A proceeding has been set in this case as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/4/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date: May 8, 2025                                                                               Nathan Ochsner, Clerk